Case 1:19-cv-10462-RGS   Document 7   Filed 04/08/19   Page 1 of 1


UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ILYA LIVIZ, SR., et al., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>CHIEF JUSTICE RALPH D. GANTS, et al., )<br>)<br>Defendants. )<br>) | Civil Action No. 19-10462-RGS |

## ORDER OF DISMISSAL

**STEARNS, D.J.**

For the reasons stated in the Memorandum and Order dated April 8, 2019, this action is dismissed pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii).

ROBERT M. FARRELL
CLERK OF COURT

Dated: 4/8/19                              By /s/ Timothy Maynard
                                                   Deputy Clerk